# IN THE UNITED STATES DISTRIC COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**TRIVIA BUCKHAULTER**                                      **PLAINTIFF**

**V.**                      **CIVIL ACTION NO. 3:20-CV-41-DCB-JCG**

**MID-AMERICA APARTMENT**
**COMMUNITIES, INC.**
**JOHN DOE COMPANY 1-5**                                 **DEFENDANTS**

### NOTICE OF L. U. CIV. R. 7(b)(10) STATEMENT OF COMPLIANCE

Defendant Mid-America Apartment Communities, pursuant to Rule 7(b)(10) of the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, files its statement indicating that there is opposition to its Motion to Amend Case Management Order [Doc #54].

RESPECTFULLY SUBMITTED this the 5th day of October, 2020.

                                                 **MID-AMERICA APARTMENT COMMUNITIES**

                                                 By Their Attorneys

                                                 WATKINS & EAGER PLLC

By:     /s/ *Jimmy B. Wilkins*
             Jimmy B. Wilkins

OF COUNSEL:

Jimmy B. Wilkins (MSB No. 10773)
Briana A. O'Neil (MSB No. 105714)
Watkins & Eager PLLC
400 East Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi  39205
Telephone: (601) 965-1900
Facsimile: (601) 965-1901
Email: jwilkins@watkinseager.com

## CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Abby Robinson
Abby Robinson Law Firm PLLC
227 East Pearl Street
Jackson, MS  39201
Email: arobinsonlawfirm@yahoo.com
Email: abby@askabbylaw.com

This the 5th day of October, 2020.

/s/ *Jimmy B. Wilkins*
Jimmy B. Wilkins